THE SPRING GARDEN INSURANCE COMPANY, Respondent, *v.* MICHAEL DOLAN et al., Appellants.

*Spring Garden Ins. Co. v. Dolan*, 166 App. Div. 236, affirmed. (Argued October 23, 1917; decided November 13, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 3, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The plaintiff is an insurance company, doing a general fire insurance business, and on or about November 2, 1905, appointed one Arthur J. Collier its agent in Coxsackie, N. Y. On the appointment of said agent he gave a bond in the penal sum of $500 for the faithful performance of his duties as such agent with the above-named defendants as sureties. The principal of the bond, Arthur J. Collier, is not a party in this action, which is brought to recover an alleged balance due from said Collier, which as is alleged has not been paid and which the plaintiff seeks to recover from the defendants as sureties on the bond of said agent.

*N. A. Calkins* for appellants.

*Jerome L. Cheney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.